UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENCARNACION SALAS, IV,<br><br>                    Petitioner,<br>    v.<br><br>ATTORNEY GENERAL,<br><br>                    Respondent. | CASE NO. 2:23-cv-01118-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petitioner's habeas corpus petition, the report and recommendation, and receiving no objections, hereby FINDS and ORDERS:

(1) the Magistrate Judge's report and recommendation (Dkt. No. 5) is APPROVED and ADOPTED;

(2) Petitioner's habeas corpus petition is duplicative of an earlier filed petition in Case No. C23-1022; and

(3) the petition is DISMISSED without prejudice.

Dated this 8th day of September 2023.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1